UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRVIER JR., <br><br>    Plaintiff, <br><br> v. <br><br> TAMARAH HARBER-PICKENS, et al., <br><br>    Defendants. | Case No. 1:19-cv-01775-DAD-EPG (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR EMAIL ACCESS TO COURT CLERK AND/OR PRE-PAID PHONE CALLS <br><br> (ECF No. 7) |

      Plaintiff Billy Driver, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's motion, apparently seeking an order to show cause why he should not be granted e-mail access to court clerks and/or pre-paid phone calls, at the state's expense, in the amount of $10,000 for 24 months. (ECF No. 7.)

      Pursuant to Local Rule 133(b)(2), a *pro se* plaintiff must submit all documents to the Court in paper unless the Court orders otherwise, and the Court's electronic filing and storage system generally is available only to attorneys registered to use it. (See First Informational Order in Prisoner/Civil Detainee Civil Rights Case, ECF No. 3, p. 2.) As such, any communications Plaintiff wishes to send to the Court should be done by way of paper documents, rather than by e-mail or telephone, unless the Court orders otherwise in a particular action.

      Accordingly, Plaintiff's motion for email access to court clerks and/or pre-paid phone

1

calls, (ECF No. 7), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 3, 2020**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE