1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILLY DRIVER, JR.,                    No. 1:19-cv-01775-DAD-EPG

12              Plaintiffs,                 ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND ORDERING
13        v.                                PLAINTIFF TO PAY THE REQUIRED
                                            FILING FEE IN ORDER TO PROCEED
14   TAMARAH HARBER-PICKENS, *et al.*,      WITH THIS ACTION

15              Defendants.                 (Doc. Nos. 2, 5)

16

17

18          Plaintiff Billy Driver Jr. is a state prisoner proceeding *pro se* in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On January 9, 2020, the assigned magistrate judge issued findings and recommendations,

22   recommending that be plaintiff be ordered to pay the required filing fee in full.  (Doc. No. 2.)

23   The magistrate judge concluded that because plaintiff has accumulated at least three "strikes"

24   under the Prison Litigation Reform Act (PLRA") and has not shown that he is in imminent danger

25   of serious physical injury, he is not eligible to proceed *in forma pauperis*.[1]  (*Id.* at 2–6.)  The

26   _____

27   [1]  The court notes that plaintiff did not file an application to proceed *in forma pauperis*, but
     instead merely alleged in conclusory fashion in his complaint that he was in imminent danger of
28   harm.  (Doc. No. 1 at 3–4.)

                                         1

findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days of service. (*Id.*) On February 3, 2020, plaintiff filed timely objections.[2]  (Doc. No. 3.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections,[3] the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.  The findings and recommendations issued on January 9, 2020 (Doc. No. 2) are adopted in full; and

2.  Plaintiff is ordered to pay the filing fee within forty-five (45) days of service of this order or face dismissal of this case for failure to prosecute and failure to obey a court order; and

3.  Plaintiff's motion for a ruling (Doc. No. 5) is denied as having been rendered moot.

IT IS SO ORDERED.

Dated:  __**April 14, 2020**__          _____
                                        UNITED STATES DISTRICT JUDGE

---

[2]  Plaintiff filed a motion for a ruling on the pending findings and recommendations just four days later, on February 7, 2020.  (Doc. No. 5.)

[3]  In his one-page filing, plaintiff objects to the findings and recommendations but presents no arguments or facts explaining his opposition thereto.  (Doc. No. 3.)